JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VARINDER SINGH and SATINDER SINGH,<br><br>    Plaintiffs,<br><br>v.<br><br>CAROL KELLER, Field Office Director, United States Citizenship and Immigration Services, et al.,<br><br>    Defendants. | No. C 09-3552 JW<br><br>STIPULATION TO DISMISS; PROPOSED ORDER |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now ready to adjudicate Plaintiff's application for naturalization, and will do so within 30 days of dismissal of this action.

///

///

///

///

///

STIPULATION
C 09-3552 JW            1

Each of the parties shall bear their own costs and fees.

Dated: February 3, 2010                                            Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

                                                                                  /s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorney for Defendants

Dated: February 3, 2010                                                  /s/
THERESIA C. SANDHU
Attorney for Plaintiff

## PROPOSED ORDER

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

The Clerk shall close this file.

Dated: February 5, 2010                                          JAMES WARE
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION
C 09-3552 JW                        2