1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12 VARINDER SINGH and SATINDER    )    No. C 09-3552 JW
   SINGH,                         )
13                                )
                   Plaintiffs,    )
14                                )    STIPULATION TO DISMISS; PROPOSED
        v.                        )    ORDER
15                                )
   CAROL KELLER, Field Office Director, )
   United States Citizenship and Immigration )
16 Services, et al.,              )
                                  )
17                 Defendants.    )
   _____ )

18

19      Plaintiff, by and through his attorney of record, and Defendants, by and through their

20 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

21 entitled action without prejudice in light of the fact that the United States Citizenship and

22 Immigration Services is now ready to adjudicate Plaintiff's application for naturalization, and will

23 do so within 30 days of dismissal of this action.

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION
C 09-3552 JW                          1

1    Each of the parties shall bear their own costs and fees.

2    Dated: February 3, 2010                                    Respectfully submitted,

3                                                               JOSEPH P. RUSSONIELLO
                                                                United States Attorney
4

5                                                               _____/s/_____
                                                                MELANIE L. PROCTOR[1]
6                                                               Assistant United States Attorney
                                                                Attorney for Defendants
7

8
     Dated: February 3, 2010                                    _____/s/_____
9                                                               THERESIA C. SANDHU
                                                                Attorney for Plaintiff
10

11                              PROPOSED ORDER

12        Pursuant to the stipulation of the parties, IT IS SO ORDERED.

13        The Clerk shall close this file.
          Dated: February 5, 2010                               _____
14                                                              JAMES WARE
                                                                United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27   _____
28        [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
     signatures indicated by a "conformed" signature (/s/) within this efiled document.

     STIPULATION
     C 09-3552 JW                           2